UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOWAD BUTT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE BANK, N.A.,<br><br>　　　　　Defendant. | Case No. 1:18-cv-00249-NGG-SJB<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Alan E. Schoenfeld of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of defendant Chase Bank USA, N.A., incorrectly named in the complaint as Chase Bank, N.A., in the above-captioned action. I certify that I am admitted to practice in this court.

　　Dated: January 24, 2018
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　/s/ Alan E. Schoenfeld
　　　　　　　　　　　　　　　　　　　Alan E. Schoenfeld
　　　　　　　　　　　　　　　　　　　Wilmer Cutler Pickering Hale and Dorr LLP
　　　　　　　　　　　　　　　　　　　7 World Trade Center
　　　　　　　　　　　　　　　　　　　250 Greenwich Street
　　　　　　　　　　　　　　　　　　　New York, NY 10007
　　　　　　　　　　　　　　　　　　　Tel: (212) 230-8800
　　　　　　　　　　　　　　　　　　　Fax: (212) 230-8888
　　　　　　　　　　　　　　　　　　　Email: alan.schoenfeld@wilmerhale.com

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Chase Bank USA, N.A.*