UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| FOWAD BUTT,<br><br>        Plaintiff,<br><br>    v.<br><br>CHASE BANK, N.A.,<br><br>        Defendant. | Case No. 1:18-cv-00249-NGG-SJB<br><br>**NOTICE OF APPEARANCE** |

**TO THE CLERK OF THE THIS COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Channing Jay Turner of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York 10007, hereby appears on behalf of defendant Chase Bank USA, N.A., incorrectly named in the complaint as Chase Bank, N.A., in the above-captioned action. I certify that I am admitted to practice in this court.

    Dated: January 24, 2018
           New York, New York

                                        Respectfully submitted,

                                        /s/ Channing Jay Turner
                                        Channing Jay Turner
                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                        7 World Trade Center
                                        250 Greenwich Street
                                        New York, NY 10007
                                        Tel: (212) 230-8800
                                        Fax: (212) 230-8888
                                        Email: channing.turner@wilmerhale.com

                                        *Attorney for Defendant Chase Bank*
                                        *USA, N.A.*