**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

FOWAD BUTT,

        Plaintiff,

   v.

CHASE BANK, N.A.,

        Defendant.

Case No. 1:18-cv-00249-NGG-SJB

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant

Chase Bank USA, N.A., incorrectly named in the complaint as Chase Bank, N.A., states as

follows:

Chase Bank USA, N.A. is a wholly owned indirect subsidiary of JPMorgan Chase & Co.

JPMorgan Chase & Co is a publicly held corporation, and no publicly held corporation owns

10% or more of its stock.

Dated: January 24, 2018
      New York, New York

Respectfully submitted,

/s/ Alan E. Schoenfeld
Alan E. Schoenfeld
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant Chase Bank USA,*
*N.A.*