**ROANNE L. MANN**
**UNITED STATES MAGISTRATE JUDGE**

DATE: March 28, 2018
START: 12:10 pm
END: 12:35 pm

DOCKET NO: 18-cv-00249

CASE: Butt v. Chase Bank, N.A.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
|  | Subhan Tariq |

| DEFENDANT | ATTORNEY |
|---|---|
|  | Channing Turner |

- [x] **FACT** DISCOVERY TO BE COMPLETED BY July 27, 2018
- [ ] NEXT _____ CONFERENCE SCHEDULED FOR _____
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____    DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

The case is sent for court-annexed arbitration, to be held in early August 2018. Initial disclosures have been exchanged. Pleadings may be amended and new parties added until April 6, 2018.